

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00277-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., LLP**
d/b/a Northeast Methodist Hospital,
Appellant

v.

Thomas **DEWEY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12676
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ordered that appellee Thomas Dewey recover his costs of this appeal from appellant Methodist Healthcare System of San Antonio, Ltd., LLP.

SIGNED February 5, 2014.

_____
Marialyn Barnard, Justice